## Mangum, Robert P

| | |
|---|---|
| **From:** | Wayne B. Brown <wbb@aggressor.com> on behalf of Wayne B. Brown |
| **Sent:** | Tuesday, May 31, 2022 2:34 PM |
| **To:** | Mangum, Robert P |
| **Cc:** | d_home@tvbgroupinternational.com |
| **Subject:** | Fwd: Aggressor Notice |

Robert,



Wayne B. Brown
[CEO Aggressor Adventures](#)


Begin forwarded message:

**From:** Yasser Elmoafi <yasser@royalevolution.com>
**Subject: Aggressor Notice**
**Date:** May 29, 2022 at 6:07:51 AM EDT
**To:** "Wayne B. Brown" <wbb@aggressor.com>
**Cc:** Larry Speaker <larry@aggressor.com>, Anne Hasson <anne@aggressor.com>, RSA-RE David Home ASL ANQ RSA3 <d_home@tvbgroupinternational.com>, RSA-RE Hamada Malak RSA3 <h_Malak@tvbgroupinternational.com>

Dear Wayne,

Please find attached.

Regards,

Yasser Elmoafi
Managing Director
Red Sea Paradise for Cruises S.A.E
Hurghada New Marina, Building B6 apartment 202 - Hurghada, Red Sea - Egypt
P O Box : 395 Hurghada, Red Sea - Egypt
yasser@royalevolution.com
www.RoyalEvolution.com

Tel / Fax : 002 065 3447463
Mob : 002 01222144194

COMPOSITE EXHIBIT A



# Red Sea Paradise for Cruises S.A.E

**Date:** May 29, 2022
**To:** Aggressor Adventures
   209 Hudson Trace, Augusta Georgia
   30907

**Attention:** Mr. Wayne B. Brown
   CEO

**Dear Sirs,**

With reference to the International License Agreement concluded between (i) Aggressor Adventures ("**Licensor**"), (ii) Intrepid Holdings Limited ("Intrepid Dubai") and (iii) Red Sea Paradise for Cruises S.A.E (collectively referred to (ii) and (iii) as the "**Licensee**"), dated 26 July 2021, hereinafter referred to as the "**License Agreement**", by which the Licensor grants the Licensee the right to use the mark "**AGGRESSOR LIVEABOARDS**", as well as the right to use AGGRESSOR LIVEABOARDS techniques at the territory of Deep South Egypt Red Sea & Sudan ("**Territory**") on the yacht owned by Red Sea Paradise for Cruises S.A.E (the "**Yacht**") and to identify it as the "RED SEA RE AGGRESSOR".

Whereas, by virtue of this License Agreement Aggressor Adventures shall be the sole and exclusive marketing and reservation agent for the Yacht "RED SEA RE AGGRESSOR" subject of the license and is under the obligation not to license or operate any other AGGRESSOR LIVEABOARDS yacht in the Territory.

We hereby officially notify you that Aggressor Adventure, vigorously and unjustifiably breached the terms and conditions of the License Agreement and have unilaterally terminated and rescinded the License Agreement without even notifying us by sending numerous correspondences to travel agencies and touristic groups ("**Clients**") notifying them that AGGRESSOR is no longer offering Sudan trips anymore although they were willing to make reservations for diving safari by RED SEA RE AGGRESSOR.

COMPOSITE EXHIBIT A



# Red Sea Paradise for Cruises S.A.E

Accordingly, we hereby formally notify you that severe losses and material damages have been suffered as a result of your unilateral termination to the License Agreement by sending these correspondences to Clients, which led to the complete cessation of our business. Hence, we reserve the right to take all legal proceedings provided by law to seek compensation to recourse damages resulting from the unilateral termination made by Aggressor as of the date of these correspondences.

Further, please make sure that all correspondences send to us be directed to Red Sea Paradise for Cruises S.A.E having its legal address at 12 El Nasr Street El Maadi – Cairo – Egypt, and not at the address stated in the License Agreement, as it was mistakenly written incorrectly thereunder.

Sincerely,

Red Sea Paradise for Cruises S.A.E

Mr. Yasser Elmoafi

Chairman & Managing Director

Signature:

Red Sea Paradise
for Cruises
S.A.E
شركة جنة البحر الاحمر للنقل البحرى
ش.م.م

Aka Trading Center - Bld C3 Flat 101 - P.O Box 305 Madinate Red Sea - Egypt .   Tel: +2(065)3447366   Fax: +2(065)3447366
www.RoyalEvolution.com        email: info@royalevolution.com

COMPOSITE EXHIBIT A

# Mangum, Robert P

| | |
|---|---|
| **From:** | Sherry El Shalakany <Sherry.Shalakany@shalakany.com> on behalf of Sherry El Shalakany |
| **Sent:** | Tuesday, June 14, 2022 1:30 PM |
| **To:** | Mangum, Robert P; wbb@aggressor.com |
| **Cc:** | yasser@royalevolution.com; ess@shalakany.com; seifelmoafi@gmail.com |
| **Subject:** | RE: Response to your May 29 2022 Letter |
| **Attachments:** | Aggressor  letter 14062022.pdf |

Dear Mr. Robert & Mr. Wayne,

I hope this email finds you well.

By means of introduction, my name is Sherry El Shalakany, Senior Associate, working at Shalakany Law Firm, the exclusive member firm in Egypt for Lex Mundi – the world's leading network of independent law firms within depth experience in 100+countries worldwide.

I am writing to you in response of your letter addressed to my client Red Sea Paradise for Cruises S.A.E, represented by Mr. Yasser Elmoafi, in his capacity as the chairman of the company on June 02, please find attached our reply.

Regards,

**Sherry El Shalakany**
Senior Associate
**SHALAKANY**

TEL:     +20 (2) 272 88 888
DIRECT: +20 (2) 273 99 358
FAX:      +20 (2) 273 70 661
Sherry.Shalakany@shalakany.com | VCard




>>> **From:** "Mangum, Robert P" <RMangum@turnerpadget.com>
>>> **Date:** June 2, 2022 at 6:38:56 PM GMT+2
>>> **To:** yasser@royalevolution.com
>>> **Subject: Response to your May 29 2022 Letter**
>>>
>>> Mr. Elmoafi,
>>>
>>> Please see the attached letter from me on behalf of my client, Aggressor Adventures.
>>>
>>> 
>>> Robert Mangum
>>> Associate
>>> PO Box 1495 | Augusta, GA 30903

1

209 7th Street, 3rd Floor | Augusta, GA 30901
706-941-3405 | Fax 706-364-5417
rmangum@turnerpadget.com
Bio | vCard | Location

---

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or e-mail the sender and delete this message and any attachment from your system. If you are not the intended recipient, you must not copy this message or attachment or disclose the contents to any other person.

Shalakany Law Office is the exclusive member firm for Egypt of Lex Mundi, the World's Leading Association of Independent Law Firms.

The weekend days in Egypt are Fridays and Saturdays .

For information about the Firm and our Terms of Engagement for Provision of Services please visit our web site at www.shalakany.com

Main Office
12, Marashly St, Zamalek
Cairo, 11211, Egypt
T: +202 272 88 888 (32 Lines), T: +202 273 99 399 (32 Lines)
F: +202 273 70 661
E.: mail@shalakany.com

Alexandria Office
10, Midan Orabi, Elmanshia, Alexandria, Egypt
T: + 203 484 9998, F: + 203 481 5908
E.: alexandriaoffice@shalakany.com

Gouna Office
GSpace ElGouna
Red sea, Egypt
T: +202 272 88 888 (32 Lines), T: +202 273 99 399 (32 Lines)
F: +202 273 70 661
E.: mail@shalakany.com

Capital Business Office
Capital Business Park, Building 3, Unit 201
Sheikh Zayed, Egypt
T: +202 37901419, T: +202 272 88 888 (32 Lines)
F: +202 273 70 661
E.: mail@shalakany.com

***********************************************************************************************************************************

| | | **MAIN OFFICE** <br> 12 Marashly St, <br> Zamalek, Cairo, Egypt. <br> TEL: +20 (2)-272 88 888 | 27 399 399 <br> FAX: +20 (2) – 273 70 661 <br> mail@shalakany.com | **ALEXANDRIA OFFICE** <br> 10 Midan Orabi, El Manshia, <br> Alexandria, Egypt. <br> TEL: +20 (3) -484 99 98 <br> FAX: +20 (3) - 481 59 08 <br> alexandriaoffice@shalakany.com |
|---|---|---|---|
| | SHALAKANY.COM | **GOUNA OFFICE** <br> GSpace ElGouna <br> Red sea, Egypt <br> TEL: +20 (2)-272 88 888 | 27 399 399 <br> FAX: +20 (2) – 273 70 661 <br> mail@shalakany.com | **CAPITAL BUSINESS OFFICE** <br> Capital Business Park, Building 3, <br> Sheikh Zayed, Egypt. <br> TEL: +20 (2)-272 88 888 | 27 399 399 <br> FAX: +20 (2) – 273 70 661 <br> mail@shalakany.com |

Date: June 14, 2022

To: Turner Padget Graham & Laney P.A.
    209 7th St, Augusta, GA 30901
    United States
Attention: Mr. Robert P. Mangum
           Associate

To: Aggressor Adventures
    209 Hudson Trace, Augusta GA 30907
    United States
Attention: Mr. Wayne B. Brown
           CEO

**RE:** International License Agreement concluded between (i) Aggressor Adventures ("**Licensor**"/ "**Aggressor**"), (ii) Intrepid Holdings Limited ("Intrepid Dubai") and (iii) Red Sea Paradise for Cruises S.A.E (collectively referred to (ii) and (iii) as the "**Licensee**"), dated 26 July 2021, hereinafter referred to as the "**License Agreement**", in addition to letter dated May 29, 2022, sent by Red Sea Paradise for Cruises S.A.E, and letter dated June 02,2022, sent by Turner Padget Graham & Laney P.A

Dear Sirs,

We, Shalakany Law Office, in our capacity as the Legal Counselor of Red Sea Paradise for Cruises S.A.E (our "**Client**"), write to you to inform you that it has come to our Client's knowledge and evidenced that during the validity of the License Agreement, Aggressor has sent several statements and correspondences to certain travel agencies and touristic groups notifying them with the cancelation of their future reservation on Red Sea Re Aggressor (Sudan trips) and that Red Sea Re Aggressor will not be offering Sudan trips anymore after March 2023. In addition, Aggressor is promoting for a new yacht coming soon to encompass Southern Red Sea itineraries.

We have these written correspondences in hand, it shows that such breach has been made early on May 04, 2022, i.e., before the date of our Client's letter.

For information about the Firm and our Terms of Engagement for Provision of Services please visit our web site at www.shalakany.com

1 / 3

COMPOSITE EXHIBIT A

SHALAKANY

Aggressor has explicitly written to travel agencies that unfortunately, after March 2023, the Red Sea RE Aggressor will not be offering Sudan trips anymore and that a new yacht coming online later this year will be adding new southern Red Sea itineraries.

Below is a screen shot from the text Aggressor sent:

Greetings, We wanted to update you on your future reservation on the Red Sea RE Aggressor ( Sudan itinerary, ▮▮▮▮▮▮▮ ).  Unfortunately, after March 2023, the Red Sea RE Aggressor will not be offering Sudan anymore. We are extremely sorry for this inconvenience.  We wanted to offer you one of the following options:

1. Move your funds to escrow for a future individual or group reservation.
2. Book another Aggressor charter and apply the funds towards it.
3. Apply the deposit to another existing reservation.
4. Issue you a full refund.

We will have a new yacht coming online later this year that will be adding new southern Red Sea itineraries. Once we have more information, we'll let you know.  Please acknowledge receipt of this email and I look forward to hearing from you once you have made a decision so that we can cancel this reservation and apply the paid funds as per your request.

Once again, many apologies for this inconvenience.

Best Regards

**Tom Gebhardt**
**Sales Manager Groups & Agents**
tom@aggressor.com
Direct: +1-305-677-0695
Aggressor Adventures®
Mon - Fri 7:00 to 6:00 EST | Sat/Sun 9:00 to 5:00 EST
Toll Free USA: 800-348-2628 | +1-706-993-2531 (For International Guests)
Emergency After Hours/Delay in Travel: +1-706-664-0111
info@aggressor.com | www.aggressor.com


Further, Aggressor Adventures during the validity of the License Agreement has published on all its websites that all Red Sea Re Aggressor Sudan itineraries for year 2023 & 2024 are "Down".

Giving the fact that Aggressor Adventures is the sole and exclusive reservation agent for Red Sea Re Aggressor according to Clause VI of the License Agreement, the actions prescribed hereinabove placed the Licensor in an unlawful position, which makes the performance of the License Agreement impossible and that the subject of the License Agreement has been clearly destructed unilaterally and terminated by the Licensor

Also, we would like to hereby notify you and make it clear that our Client has never sent any statement or correspondence to any third parties or resellers advising that the License Agreement has been cancelled or terminated except after the unilateral termination made by Aggressor and after sending the relevant letter to Aggressor on May 29, 2022.

For information about the Firm and our Terms of Engagement for Provision of Services please visit our web site at www.shalakany.com

2 / 3

COMPOSITE EXHIBIT A

SHALAKANY

It is to be outlined that any false allegation accusing our Client that it is promoting its yacht during the validity of the License Agreement through other resellers websites is based on mistaken believes and not true.

Aside from the unlawful unilateral termination made by Aggressor it is to be noted that during the performance of the License Agreement, Aggressor has committed series of breaches and failed to achieve the results and objectives of the License Agreement by selling 44 places only out of 116 available places over ten trips they should sell, 3 of which were out of charge (2 free journalists & 1 free Aggressor staff), and disappointed the expectation to achieve in an efficiently manner and in a manner according to the standards of practice by making 30% to 45% discounts which lead to huge losses and customers complaints due to price differences.

Such failures are considered breach to the contractual obligations of Aggressor which failed to achieve profits and led to material losses to our Client.

It should be clearly admitted that Aggressor has unilaterally terminated the License Agreement as of the date of sending the cancelation statements to the travel agencies and touristic groups, which we have in hand and be submitted, when needed. Raising that the object of the License Agreement has ceased to exist.

Lastly as a result of the above, the Licensor unilaterally terminated the License Agreement and breaches its obligation therein, therefore our Client will claim damages and request compensation for losses, costs and the sustained damages.

Best regards,

Shalakany Law Office


*Emad Shalakany*

Emad El Shalakany

Senior Counsel

For information about the Firm and our Terms of Engagement for Provision of Services please visit our web site at www.shalakany.com

3 / 3

COMPOSITE EXHIBIT A