AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AGGRESSOR ADVENTURES, LLC,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:22-cv-00101

RED SEA PARADISE FOR CRUISES S.A.E.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed January 13, 2025, judgment is entered in favor of Plaintiff Aggressor Adventures, LLC and against Defendant Red Sea Paradise for Cruises S.A.E. in the amount of $65,127.10.



1/13/2025                                          John E. Triplett, Clerk of Court
Date                                               Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020